NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

PACIFIC TRIAL ATTORNEYS, A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

ATTORNEY(S) FOR: Plaintiff and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>STERLING JEWELERS, INC., an Ohio Corporation; and DOES 1 through 25, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:22-cv-1456<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Arisha Byars_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Arisha Byars | Plaintiff |
| Sterling Jewelers, Inc. | Defendant |

| | |
|---|---|
| August 18, 2022<br>Date | /s/ Scott J. Ferrell<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff and the Class