PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ZALE DELAWARE, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01456-SB-SP<br>The Hon. Stanley Blumenfeld, Jr.<br><br>**JOINT STIPULATION FOR DISMISSAL OF STERLING JEWELERS, INC.**<br><br>Complaint filed: August 18, 2022<br>Trial Date: None Set |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Arisha Byars ("Plaintiff") and Defendant Sterling Jewelers, Inc., stipulate and jointly request that this Court enter a dismissal of Defendant Sterling Jewelers, Inc. with prejudice as to the named Plaintiff and without prejudice as to the putative class, and that the action proceed only against Zale Delaware, Inc. as named in the First Amended Complaint. (Dkt. No. 20).

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 20, 2023        **PACIFIC TRIAL ATTORNEYS, APC**

By: */s/ Scott J. Ferrell*
    Scott J. Ferrell
    Attorney for Plaintiff
    ARISHA BYARS

Dated: January 20, 2023        **GREENBERG TRAURIG, LLP**

By: */s/Rebekah S. Guyon*
    Rebekah S. Guyon
    Attorneys for Defendant
    STERLING JEWELERS, INC.

*I, Scott J. Ferrell, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

*/s/Scott J. Ferrell*
Scott J. Ferrell

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2023, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL OF STERLING JEWELERS, INC.** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell