# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ZALE DELAWARE, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01456-SB-SP<br>The Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING DISMISSAL OF STERLING JEWELERS, INC.**<br><br>Complaint filed: August 18, 2022<br>Trial Date: None Set |

**ORDER GRANTING DISMISSAL**

1  The Court, having considered the parties' Joint Stipulation for Dismissal of Sterling Jewelers, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the initially named defendant, Sterling Jewelers, Inc., with prejudice as to the named Plaintiff and without prejudice as to the putative class. The action shall proceed only against Zale Delaware, Inc. as named in the First Amended Complaint. (Dkt. No. 20).

IT IS SO ORDERED.

Dated: January 23, 2023          By: _____
                                     Stanley Blumenfeld, Jr.
                                     United State District Judge