# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS<br><br>Plaintiff(s),<br><br>v.<br><br>STERLING JEWELERS, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:22–cv–01456–SB–SP<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __2/3/2023__ | __28__ | __Defendant's Notice of Motion and Motion to Dismiss First Amended Complaint__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: February 7, 2023            _/s/ Stanley Blumenfeld, Jr_
                                                   United States District Judge