JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS,<br><br>    Plaintiff,<br><br>v.<br><br>STERLING JEWELERS, INC. et al.,<br><br>    Defendants. | Case No. 5:22-cv-01456-SB-SP<br><br>FINAL JUDGMENT |

    For the reasons stated in the Court's January 23, 2023 order granting Plaintiff's voluntary dismissal of Defendant Sterling Jewelers, Inc. (Sterling) and the separate order of dismissal entered this day, Plaintiff Arisha Byars's individual claims against Sterling are DISMISSED with prejudice; the claims of the putative class against Sterling are DISMISSED without prejudice; and Plaintiff's claims against Zale Delaware, Inc. are DISMISSED without prejudice for lack of subject matter jurisdiction.

    This is a Final Judgment.

Date: April 5, 2023

                                                     Stanley Blumenfeld, Jr.
                                                  United States District Judge